

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-25-2007

# O'Reilly v. Rutgers Univ

Precedential or Non-Precedential: Non-Precedential

Docket No. 06-1522

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"O'Reilly v. Rutgers Univ" (2007). *2007 Decisions*. Paper 1220.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1220

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEAL
FOR THE THIRD CIRCUIT

No: 06-1522

LAURIE O'REILLY,
                                              Appellant


v.


RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY

On Appeal From The United States District Court
District of New Jersey
District Judge: Hon. Faith S. Hochberg
D.C. No. 04-cv-05787

**ARGUED**
April 19, 2007

Before: MCKEE, AMBRO, <u>Circuit</u> Judges, and MICHEL,[*] <u>Chief</u> <u>Circuit</u> <u>Judge</u>.

(Filed: April 25, 2007)

——————————————————OPINION


Stephen E. Klausner, Esq. **(Argued)**
Klausner & Hunter
63 East High Street
P.O. Box 1012
Somerville, NJ 08876
        *Attorney for Appellant*

——————————————

    [*] The Honorable Paul R. Michel, Chief Judge of the United States Court of Appeals
for the Federal Circuit, sitting by designation.

Aron M. Schwartz, Esq. **(Argued)**
Greenbaum, Rowe, Smith & Davis
P.O. Box 5600
Metro Corporate Campus One
Woodbridge, NJ 07095
  *Attorney for Appellee*

Ann E. Reesman, Esq.
McGuiness, Norris & Williams
1015 15th Street, N.W.
Suite 1200
Washington, D.C. 20005
  *Attorney for Amicus-appellee*


OPINION OF THE COURT


McKee, Circuit Judge

Laurie O'Reilly appeals the district court's grant of summary judgment in this action that she filed under the Family Medical Leave Act. 29 U.S.C.A. § 2601 *et. seq.* We will affirm.

Since we write primarily for the parties who are familiar with this case, we need not repeat the facts or procedural history. O'Reilly claims the District Court erred in dismissing the complaint O'Reilly filed in which she claimed that Rutgers' insistence on her filing the required Health Care Provider form with a supervisor rather than with a medical professional violated both the FMLA and her right to privacy. The pertinent facts are not disputed.

In its thorough and well reasoned Opinion dated January 19, 2006, the District Court explained why Rutgers was entitled to judgment as a matter of law based upon the undisputed facts. We can add little to that court's analysis and discussion. Accordingly, we will affirm substantially for the reasons set forth in the aforementioned Opinion of the District Court.